# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152264 (35)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTOINE EUGENE GOGINS,
        Defendant-Appellant.

SC: 152264
COA: 325682
Grand Traverse CC:
2014-011877-FH

_____/

On order of the Court, the motion for reconsideration of this Court's March 29, 2016 order is considered, and it is GRANTED. We VACATE our order dated March 29, 2016. On reconsideration, the application for leave to appeal the July 9, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

d1017